**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8                              IN THE UNITED STATES DISTRICT COURT
9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11    JUAN FAJARDO,                                No. C 05-01186 JSW
12                  Plaintiff,
                                                   **JUDGMENT**
13        v.
14    JO ANNE B. BARNHART,
      Commissioner of Social Security,
15
                  Defendant.
16    _____/
17
             IT IS HEREBY ADJUDICATED that the agency's final decision is reversed and remanded
18
      pursuant to 42 U.S.C. § 405(g).  The Commissioner of Social Security shall assume jurisdiction to
19
      conduct further administrative proceedings as set forth in this Court's Order granting Plaintiff's
20
      motion for summary judgement requesting remand, and as necessary to properly complete the
21
      original administrative proceedings.  This constitutes a final judgment under Federal Rule of Civil
22
      Procedure 58.
23
             **IT IS SO ORDERED.**
24
25
      Dated: March 31, 2006
26                                                 _____
                                                   JEFFREY S. WHITE
27                                                 UNITED STATES DISTRICT JUDGE
28